UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE MARIE EASTERLING,

        Plaintiff,

v.                                          CIVIL CASE NO. 05-72887
                                          HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on August 9, 2006, and no objections having been filed thereto,

        **IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Plaintiff's Motion for Summary Judgment is **GRANTED** in part and Defendant's Motion for Summary Judgment is **DENIED.  IT IS FURTHER ORDERED** that this case is **REMANDED** to Defendant Commissioner for further proceedings consistent with the Report and Recommendation.

        **IT IS SO ORDERED.**

                                                          s/Marianne O. Battani
                                                          MARIANNE O. BATTANI
                                                          UNITED STATES DISTRICT JUDGE

DATED: September 12, 2006

## CERTIFICATE OF SERVICE

A Copy of this Order was mailed to the parties and/or attorneys on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK
